# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | chapter 7 |
| **Callie K. Stith,** | Bankruptcy No. 15-20836 |
| Debtor. | Honorable Pamela S. Hollis |

## TRUSTEE'S CERTIFICATE OF SERVICE FOR
## NOTICE OF TRUSTEE'S FINAL REPORT

I, Zane L. Zielinski, caused a copy of the foregoing *Notice of Trustee's Final Report and Applications for Compensation (Docket #60)* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by U.S. mail on the creditors at the address shown below on July 13, 2018.

Dated: July 13, 2018            **Zane L. Zielinski,** not individually but as the chapter 7 trustee of the bankruptcy estate of **Callie K. Stith,**

By: /s/ Zane L. Zielinski
Bankruptcy Trustee

Zane L. Zielinski (6278776)
**THE LAW OFFICE OF
    ZANE L. ZIELINSKI, P.C.**
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d.  773-877-3191
f.   815-846-8516
e.  trustee@zanezielinski.com

{00041111}                                1

Mailing Information for Case 15-20836

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Richard E Foss**   rfoss@amfam.com
- **Casey B Hicks**   chicks@weltman.com, ecfnil@weltman.com
- **Ariane Holtschlag**   aholtschlag@wfactorlaw.com, bharlow@wfactorlaw.com;gsullivan@ecf.inforuptcy.com;holtschlagar43923@notify.bestcase.com
- **Patrick S Layng**   USTPRegion11.ES.ECF@usdoj.gov
- **Christopher P Leritz**   cleritz@leritzlaw.com, kwarnecke@leritzlaw.com
- **David P Lloyd**   courtdocs@davidlloydlaw.com
- **Sara E Lorber**   slorber@wfactorlaw.com, slorber@ecf.inforuptcy.com;nbouchard@wfactorlaw.com;bharlow@wfactorlaw.com
- **Todd J Ruchman**   amps@manleydeas.com
- **Stephen J West**   tmalaw@sjwlawott.com

## VIA US MAIL

Discover Bank
Discover Products Inc
Po Box 3025
New Albany, Oh 43054-3025

Quantum3 Group Llc As Agent For
Comenity Bank
Po Box 788
Kirkland, Wa 98083-0788

Capital One Bank (Usa), N.A.
By American Infosource Lp As Agent
Po Box 71083
Charlotte, Nc 28272-1083

Capital One, N.A.
C O Becket And Lee Llp
Pob 3001
Malvern, Pa 19355-0701

American Infosource Lp As Agent For
Td Bank, Usa
Po Box 248866
Oklahoma City, Ok 73124-8866

Capital Recovery V, Llc
C/O Recovery Management Systems
Corporat
25 Se 2Nd Avenue Suite 1120
Miami Fl 33131-1605

Christina Marshall
C/O Joseph Mueller
Cortina, Mueller & Frobish, P.C.
124 W. Washington St.
Morris, Il 60450

Synchrony Bank
C/O Recovery Management Systems Corp
25 Se 2Nd Ave Suite 1120
Miami Fl 33131-1605

Portfolio Recovery Associates, Llc
Successor To U.S. Bank National
Association (1-2-3 Rewards - Kroger)
Pob 41067
Norfolk Va 23541

Pyod, Llc
C/O Resurgent Capital Services
Po Box 19008
Greenville, Sc 29602

Callie K. Stith
1621 1/2 CANAL ST
OTTAWA, IL 61350

{00041111}                                     3